IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | No. 09-20155-01-KHV |
| | ) | |
| DEWAYNE ACKLIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **ORDER**

For substantially the reasons stated in the government's Notice Of Restitution Payment Status And Motion For Order Authorizing The Clerk Of Court To Refund Monies (Doc. #93) filed July 20, 2021, the Court sustains the motion. **The Court directs the Clerk to refund directly to defendant the amount of $807.49 (which defendant had previously paid to the Clerk on his restitution obligation) and any additional payments from defendant that the Clerk may have received since July 19, 2021**.

**IT IS SO ORDERED**.

Dated this 23rd day of August, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge